CHARLES J. ALLEN *vs.* CHICAGO, MILWAUKEE & ST. PAUL RAILWAY COMPANY.

July 21, 1890.

**Negligence—Evidence—Damages.**—Evidence *held* sufficient to sustain the verdict, and that the damages are not excessive.

Appeal by defendant from an order of the district court for Freeborn county, *Farmer*, J., presiding, refusing a new trial after verdict of $2,000, in an action for personal injuries occasioned by a defect in a plank walk over a sewer in defendant's station grounds at Austin.

*H. H. Field* and *W. E. Todd*, for appellant.

*Lovely & Morgan*, for respondent.

GILFILLAN, C. J.   No question of law is raised in this case; the only questions made being that the verdict is not sustained by the evidence, and that the damages are excessive.   On an examination of the evidence, we find that, as to every fact necessary to justify a recovery, the case was fairly one for the jury, and that the damages are not excessive.

Order affirmed.